

**U. S. Department of Justice**

**Thomas G. Walker**
*United States Attorney*
*Eastern District of North Carolina*

*Terry Sanford Federal Building*  *Telephone (919) 856-4530*
*310 New Bern Avenue*  *Criminal FAX (919) 856-4487*
*Suite 800*  *Civil FAX (919) 856-4821*
*Raleigh, North Carolina 27601-1461*  *www.usdoj.gov/usao/nce*

RECEIVED
JUN 2 1 2012
MH
JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC

### NOTICE OF RELATED CASE

DATE: June 20, 2012

TO: JULIE A. RICHARDS
Clerk of Court
United States District Court
Raleigh, North Carolina

FROM: ROBERT J. HIGDON, JR.
Assistant United States Attorney
Chief, Criminal Division
JOHN S. BOWLER
Assistant United States Attorney
Deputy Chief, Criminal Division

SUBJECT: United States of America v. Academi LLC
No. 2:12-CR-14-1 Northern Division

The above named case is being presented for the filing and acceptance of a Deferred Prosecution Agreement. The Agreement proposes to dispose of allegations that Academi, LLC, formerly known as Blackwater Worldwide, violated certain export control and firearms laws.

U.S. v. Gary Jackson, et al., Docket Number 2:10-CR-8FL, is related to the current matter in that the defendants in the Jackson case were employed by Blackwater Worldwide when they committed the offenses alleged in that case.

Reviewed and approved by: _____
JOHN STUART BRUCE
First Assistant U.S. Attorney